## STANG v. UNION FOR REFORM JUDAISM

## COMPLAINT

# EXHIBIT B




**Reverend Al Sharpton** ✓
@TheRevAl

I am here at the Consultation on Conscience in DC. I am welcomed by Rabbi Jonah Pesner, Director @TheRAC and Rabbi Rick Jacobs, President of Union for Reform Judaism. #RAC19



8:55 AM · May 20, 2019 · Twitter for iPhone