# *STANG v. UNION FOR REFORM JUDAISM*

# COMPLAINT

# EXHIBIT C



SER.I. Nr. 889405

Nr 8084/M/I

## RZECZPOSPOLITA POLSKA
## M. S. W.
## RÉPUBLIQUE POLONAISE
## M. I.

### PASZPORT-PASSEPORT

Obywatel polski  } *Eliasz*
Citoyen polonais }

*STANG*

zamieszkały w } *Essen*
domicilié à    }

w towarzystwie żony    } ./.
accompagné de sa femme }

i                            ./.  dzieci
et de                             enfants

*Paszport ten zawiera 40 stronic*
*Ce passeport contient 40 pages*

## Rysopis - Signalements

| | | Żona - Femme |
|---|---|---|
| Rok urodzenia / Date de naissance | 1900 | |
| Miejsce urodzenia / Lieu de naissance | Przedmieście Sędziszowskie | |
| Stan / État civil | żonaty | mar. |
| Zatrudnienie / Profession | kupiec | marchand |
| Wzrost / Taille | średni | moyenne |
| Twarz / Visage | owalna | ovale |
| Włosy / Cheveux | blond | bl. |
| Oczy / Yeux | piwne | bruns |
| Znaki szczególne / Signes particuliers | / | |

### Dzieci - Enfants

| Imię / Nom | Wiek / Age | Płeć / Sexe |
|---|---|---|
| / | | |

## Fotografie - Photographies

*Podpis posiadacza / Signature du porteur*

4

14. 2. 38.

a które niniejszy paszport jest ważny:
Pays pour lesquels ce passeport est valable:

"zagranicę – à l'étranger"
"w Europie – en Europe"

Uprasza się wszystkie władze państw cudzoziemskich oraz poleca się wszystkim władzom polskim okazać w razie potrzeby pomoc i opiekę osob_ie_ wymienion_ej_ w paszporcie.
Les Autorités des Etats étrangers sont priées et les Autorités polonaises sont requises de prêter au porteur aide et assistance en cas de besoin

Termin ważności paszportu kończy się z dniem:
Ce passeport expire le:

07.X października 1939 dziewięć
    octobre          neuf

o ile nie będzie wznowiony.
à moins de renouvellement.

Za Konsula Generalnego R. P.

Pieczęć
Sceau

Podpis
Signature

Benedykt Boczek
Referent wizowy

5

Wznowienia – Renouvellements

Termin ważności paszportu przedłuża się
La validité du passeport est prolongée
do dnia _____
jusqu'au _____

Pieczęć
Sceau

Podpis
Signature

Data
Date

Termin ważności paszportu przedłuża się
La validité du passeport est prolongée
do dnia _____
jusqu'au _____

Pieczęć
Sceau

Podpis
Signature

Data
Date

*Meldrinki*

**Ein - Ausgereist**
**14. JAN. 1938**
Grenzpolizeiposten Aachen - Bbf.
Wizy - Visas

Nr. 3      Gebühr 8

## Sichtvermerk

für Staug Peter
(Name des Inhabers)

zur ein~~mehr~~-maligen Wiedereinreise in das Reichsgebiet über jede amtlich zugelassene deutsche Grenzübergangsstelle

die Grenzübergangsstelle(n) ————

————

Der Sichtvermerk kann zum Grenzübertritt bis zum 10. 3. 1938 einschließlich benutzt werden.

Essen, den 11. Januar 1938.

Der Polizeipräsident

J. A.
*Laskowski*
(Unterschrift)

Gebühr 4 Rm.
Geb. Buch Nr. 53



Wizy-Visas

Eingereist
23 JAN 1938

Nr. 7/38   Gebühr 8,-

**Sichtvermerk**

für Skang Elias
          (Name des Inhabers)

ein
zur mehr-maligen Wiedereinreise in das Reichsgebiet über
jede amtlich zugelassene deutsche Grenzübergangsstelle
die Grenzübergangsstelle(n)

Der Sichtvermerk kann zum Grenzübertritt bis zum
10. März 1938 einschließlich benutzt werden.

Essen, den 14. 1. 1938

Der Polizeipräsident
J. A.
[signature]
(Unterschrift)

Gebühr 8,- Rm.
Geb. Buch Nr. 97/38

22

Wizy-Visas



CONSULAT GÉNÉRAL DE FRANCE À COLOGNE

VISA de transit ~~avec arrêt~~
~~Wizy-Visas~~ sans arrêt U.S.A
délivré à M. Elias Stang
pour un seul voyage et pour embarquement
sous engagement de ne pas s'établir en France, et de n'y occuper aucun emploi même au pair.

Ne pas autoriser de prolongation de séjour sans réclamer le dossier de l'Intéressé au Consulat de France à Cologne.

Cologne, le 8. März 1938
Pr. Le Consul Général de France et p.d.

23 MARS 1938 ENTRÉE

AFFAIRES ÉTRANGÈRES 10 FRANCS

34

*Wizy-Visas*

LEAVE TO LAND GRANTED AT DOVER
THIS DAY ON CONDITION THAT HOLDER
DOES NOT ENTER ANY EMPLOYMENT
PAID OR UNPAID WHILE IN THE UNITED
KINGDOM

Visa For __U.K.__
Date __19/8/38__ N°__19389__
Granted at Antwerp
Valid for one year
Signature __Jansen__
BRITISH VICE CONSUL
GOOD FOR SINGLE JOURNEY
19 MAR 1938

"Business Visit"

IMMIGRATION OFFICER
(4)
20 MAR 1938
DOVER

35

*Wizy-Visas*

Immigration Visa
Nonquota
Sec.
Quota No. __2927__
Date __March 17, 1938__
Issued to __Elias Kanz__
       (Name)
Vice __Julius G. Jensen__
American Consul at Stuttgart, Germany.

Immigrant Identification
Card No. __935589__ issued

