*STANG v. UNION FOR REFORM JUDAISM*

COMPLAINT

# EXHIBIT E

**Subject:** Rabbi Jonah Pesner Op-ed

**Date:** Thursday, December 19, 2019 at 10:40:56 PM Central Standard Time

**From:** Stuart Cohn

**To:** letters@chicagotribune.com

Dear Editor: I am a Reform Jew, but I would not be a member of a congregation led by Rabbi Jonah Pesner, author of the op-ed, "As Reform Jews, We Must Consider Reparations for Slavery." (*Chicago Tribune,* 12/11/19). No respectable person disputes that the institution of slavery was America's Original Sin. However, Rabbi Pesner's use of the phrase "white privilege," to intimidate American Jews and suggest that they have a special and heightened responsibility to financially redeem that sin, is a form of moral bullying and an abuse of the pulpit.

The Jewish community (many if not most of whom, including myself, are descendants of 20th Century immigrants) proudly supported and participated in the Civil Rights movement, and Jewish community leaders literally marched arm in arm with Dr. King. Moreover, Jewish Americans have long supported the Great Society programs which have provided food, clothing, shelter, education, protection against discrimination in employment and public accommodations, and assurance of voting rights to Americans in need and the descendants of the victims of slavery in particular. The white Jewish civil rights workers who were murdered by the Ku Klux Klan, and their families, obviously made the ultimate sacrifice for the cause of civil rights.

Hence, Rabbi Pesner's introductory comment that "it's time for the Reform movement to join" the conversation reckoning with our nation's history on racial matters is nonsense. The Jewish community, and very much so the members of the Reform movement, have been involved in those conversations since their inception.

As well, the Rabbi's reference to "the racism still lingering in our congregations and communities" is an unfounded slander. Of course, there are always bigoted individuals, but there is no such "lingering racism" in the congregation to which I belong, nor would I be a member of any such congregation. No one can account for what pernicious views might reside in the mind of another, but certainly any discernible expression of racial prejudice would be immediately denounced in any congregation with which I have ever been familiar.

Rabbi Pesner seems to be the type of professional moralizer who is not afraid that discrimination will persist; he's afraid it will not. If Rabbi Pesner truly wishes to re-invigorate (not "start participating in") a discussion regarding reparations, he would get much further by doing so *sans* the moral preening and moral condescension that pervades his op-ed.

Stu Cohn