# STANG v. UNION FOR REFORM JUDAISM

# COMPLAINT

# EXHIBIT F

ADVERTISEMENT

Business insurance that specializes in small businesses like yours

LETTERS    OPINION

# Letters: A thoughtful way to celebrate the holidays

CHICAGO TRIBUNE   |   DEC 15, 2019

  

Last year I decided to start a new holiday tradition and write Christmas letters of love to my two sons and daughter-in-law. I had some holiday paper and matching envelopes and proceeded to write loving thoughts from the heart. I hope they were moved by what I said and that they cherish these pieces of paper and keep them for future reading.

With all of the hustle and bustle of the holiday season, we rush around looking for the right present to buy for a loved one, which many times may get returned or regifted or tossed. How many hours do you spend on the internet trying to find the right gift for someone special? I am not saying not to buy him or her something, but we have gotten to be such a materialistic society that we have forgotten what the holidays are truly about, the birth of a "child." Family and friends are the important thing. Attend some Christmas programs, enjoy the Christmas lights and remember to express loving thoughts to those you know. Even a smile to a stranger could make the person's day.

Ads by Teads



ADVERTISEMENT

**GET OUR NEWS APP**  |  Access included with subscription.    GET IT NOW



## Germany's integrity vs. America's denial

As reported in the Chicago Tribune on Dec. 8 ("In 1st Auschwitz visit, Merkel voices Germany's 'deep shame'"), speaking for Germany, Chancellor Angela Merkel just donated $66.6 million to the long-term upkeep of the World War II Nazi work camp of Auschwitz-Birkenau. The camp is known for the infamous sign at its entrance, "Arbeit Macht Frei" ("Work will set you free").

Said Merkel, now 74 years after the end of WWII: The atrocities "are and will remain part of German history and this history must be told over and over again." In short, it is a moral debt Germany owns and embraces forever. This, in case anyone missed it, is in addition to the millions of dollars Germany has paid in reparations to Israel to atone for Nazi harm done specifically to Europe's Jewish communities in general. Not to mention strict German postwar laws against reviving Nazism.

This is what moral integrity looks like.

 **Fighting Words Newsletter**
Twice-weekly

Receive the Chicago Tribune's latest editorials, commentaries and columns, delivered to your email box twice a week.

ENTER YOUR EMAIL ADDRESS

Compare that to the posture taken so far by America's politicians who have denied ownership of this nation's moral debt for establishing and maintaining the institution of chattel slavery from 1619 to 1865, 246 years, the profits from which, through agriculture, laid the economic foundation of this nation's wealth, poising it to make the most of the Industrial Revolution, which, along with our natural resources, has enabled the U.S. to become the world's leading power. Hardly any aspect of our economic system, including banks and the insurance industry, failed to benefit directly or indirectly from the profits of slavery.

[Most read] Facebook may pay Illinois users a couple of hundred dollars each in $550 million privacy settlement »

All this on the backs, toil, pain and tears of kidnapped people, whose descendants are repeatedly told that, despite the accumulated collective wealth they were instrumental in creating, that there is no basis for reparations of any kind for this theft of person and labor. In our schools, American history textbooks likewise deliberately fudge, omit and gloss over the naked brutality of slavery, miseducating our youths, generation after generation.

LATEST LETTERS

Letters: Kobe Bryant's death is a tragedy among many
JAN 29, 2020

Letters: Taiwan is an important partner in fighting the spread of coronavirus
JAN 28, 2020

Letters: How to save Lake Michigan's shoreline
JAN 27, 2020

Letters: Book review, photos illuminate suffering in Chicago in the '60s
JAN 27, 2020

Letters: Vaping health crisis is hurting our youths
JAN 26, 2020

This is what collective, institutionalized denial looks like.

— Ted Z. Manuel, Chicago

Join the conversation in our **Letters to the Editor Facebook group**.

Submit a letter, of no more than 400 words, to the editor **here** or email **letters@chicagotribune.com**.

---

## If You Can Qualify for Any Credit Card, These Are the Top 6
NERDWALLET | SPONSORED

## Illinois Launches New Policy For Cars Used Less Than 50 Miles/Day
EXPERTS IN MONEY | SPONSORED

## Highwood, Illinois: Notice For Cars Used Less Than 50 Miles A Day
AUTOINSURANCE.COM | SPONSORED

You've Never Seen Luxury Like This On A Cruise Ship. Research Luxury Mediterranean Cruises

Support American Fishermen With Wild Caught Seafood Delivery

LUXURY CRUISES | SEARCH ADS | SPONSORED
WILD ALASKAN COMPANY | SPONSORED

CHICAGO TRIBUNE
Expansive 81-acre Michigan estate of former WLS-Ch. 7 anchor Diann Burns sells for $1.8 million

CHICAGO TRIBUNE
Salma Hayek fue criticada por el escote que lució en los Golden Globes y así respondió (VIDEOS)
By BANG SHOWBIZ
TRIBUNE NEWS SERVICES

GET OUR NEWS APP | Access included with subscription.    GET IT NOW