*STANG v. UNION FOR REFORM JUDAISM*

COMPLAINT

# EXHIBIT G

# The response to the call for reparations

Thank you for the commentary by Rabbi Jonah Pesner ("As Reform Jews, we must consider reparations for American slavery," Dec. 11). It caused me to read the June 2014 story by Ta-Nehisi Coates in The Atlantic. This part really caught my eye: "While the people advocating reparations have changed over time, the response from the country has remained virtually the same."

"They have been taught to labor," the Chicago Tribune editorialized in 1891 (as quoted by Coates). "They have been taught Christian civilization, and to speak the noble English language instead of some African gibberish. The account is square with the ex-slaves."

— Janice Gintzler, Crestwood