_STANG v. UNION FOR REFORM JUDAISM_

COMPLAINT

# EXHIBIT H

Newspapers
by ancestry

Chicago Tribune (Chicago, Illinois) · 16 Jun 2007, Sat · Page 1-18

Downloaded on Jan 10, 2020



Jennifer M. Kohnke

## Rename Cubs

Isn't a new mascot in order for our city's North Side ballclub? A bear cub is cute, lively, full of enthusiasm and is always interesting to watch as it grows and learns the aggressive skills it needs to survive and consistently dominate its environment for years.

A cicada is ugly, sluggish, noisy for a limited, selfish purpose, grows little, learns nothing and excites our imagination briefly for only one summer in a generation, predictably followed by a massive die-off before the fall.

The choice is obvious.

Ladies and gentlemen: Your Chicago Cicadas!

*Mark A. Stang*
*Highland Park*

# Stang 6/16/07 letter: Rename Cubs as Chicago Cicadas

Clipped By:



**mark_stang**
Fri, Jan 10, 2020

Copyright © 2020 Newspapers.com. All Rights Reserved.

POWERED BY
Newspapers.com ™

Newspapers
by ancestry

https://www.newspapers.com/image/232369329

Chicago Tribune (Chicago, Illinois) · Sat, Jun 16, 2007 · Page 1-18

Printed on Jan 10, 2020

# Chicago Tribune

## EDITORIALS

## iLust for iPhone

## Here's the good news

## The plight of the pants(less) guy

*He reduced his damage demand to $54 million.*

## VOICE OF THE PEOPLE

### Unwelcome 'guests' are grossing me out

### Animal rights

### Animals at the beach

### Rename Cubs

### Off-leash dogs

### Activists' image

### Move on from Paris

Newspapers
.com POWERED BY