IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK STANG and STUART COHN, ) | |
| ) | |
| Plaintiffs, ) | No. 1:20-cv-00757 |
| ) | |
| v. ) | Judge Matthew F. Kennelly |
| ) | |
| UNION FOR REFORM JUDAISM, ) | Magistrate Judge M. David Weisman |
| JONAH DOV PESNER, and ) | |
| RICHARD "RICK" JACOBS, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants UNION FOR REFORM JUDAISM, JONAH DEV PESNER, and RICHARD "RICK" JACOBS, by their attorney Mitchell H. Frazen of LITCHFIELD CAVO LLP, for their Motion to Dismiss the Complaint of Plaintiffs Mark Stang and Stuart Cohen, under Federal Rule of Civil Procedure 12(b)(6), state that (1) Plaintiffs' claims are entirely non-defamatory; (2) Plaintiffs' group libel claims are not "of and concerning" the Plaintiffs; (3) Plaintiffs' claims allege only an opinion; (4) Plaintiffs' do not plead any special damages. In support of this Motion, Defendants file herewith their Memorandum of Law in Support of Their Rule 12(b)(6) Motion to Dismiss and the exhibits thereto.

WHEREFORE, Defendants UNION FOR REFORM JUDAISM, JONAH DEV PESNER, and RICHARD "RICK" JACOBS pray that this Court enter an Order granting this Motion to Dismiss, dismissing Plaintiffs' Complaint with prejudice, and granting any other and further relief that this Court deems equitable and just, including the costs of defending this matter.

Dated: March 18, 2020

UNION FOR REFORM JUDAISM,
JONAH DOV PESNER, and
RICHARD"RICK" JACOBS

By: _____
Mitchell H. Frazen
LITCHFIELD CAVO LLP
Their Attorneys

Mitchell H. Frazen
LITCHFIELD CAVO LLP
303 West Madison, Suite 300
Chicago, Illinois 60606
312.781.6618
Frazen@LitchfieldCavo.com
A.R.D.C No. 3127118