IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK STANG and STUART COHN | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:20-cv-00757 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | |
| UNION FOR REFORM JUDAISM, JONAH DOV PESNER, and RICHARD "RICK" JACOBS, | ) ) ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Mark A. Stang, Stang-Law Firm, 584 Hyacinth Place, Highland Park, Illinois 60035

PLEASE TAKE NOTICE that on March 18, 2020, we filed with the Clerk of the Court, the **APPEARANCE** of Defendants Union for Reform Judaism, Jonah Dov Pesner and Richard "Rick" Jacobs, **DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT,** and **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RULE 12(b)(6) MOTION TO DISMISS**, copies of which are attached and are hereby served upon you.

_____
Mitchell H. Frazen
LITCHFIELD CAVO LLP
Attorneys for Defendants

Mitchell H. Frazen
LITCHFIELD CAVO LLP
303 West Madison, Suite 300
Chicago, Illinois 60606
312.781.6618
Frazen@LitchfieldCavo.com
A.R.D.C No. 3127119

## CERTIFICATE OF SERVICE

Under penalties as provided by law under 735 ILCS 5/1-109, I certify that on March 18, 2020, I caused a copy of the above Notice and the documents referred to therein to be served by e-mail transmission from Frazen@LitchfieldCavo.com to the designated e-mail address of each other counsel of record for a party in this action: mstang@stang-law.com

_____
Mitchell H. Frazen