## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Mark A. Stang, et al.

                                  Plaintiff,

v.                                           Case No.: 1:20–cv–00757

                                               Honorable Matthew F. Kennelly

Union for Reform Judaism, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 28, 2020:

     MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the status hearing set for 4/6/2020 is vacated. Defendants' motion to dismiss is taken under advisement. Plaintiffs are directed to respond to the motion by 4/27/2020; defendants are directed to reply to the response by 5/11/2020. These deadlines are unaffected by General Order 20–0012 or any similar order entered hereafter; in other words, any extension must be sought by motion. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.