*STANG v. UNION FOR REFORM JUDAISM*

MEM. OPP. TO 12(b)(6) MOTION TO DISMISS

Harry O'Kane Documents

# EXHIBIT C

# IMMENSE BLUNDER BY BIGGEST FIRM

By **James Warren, Maurice Possley & Joseph Tybor**
CHICAGO TRIBUNE

JANUARY 31, 1989

Students at one of the nation`s best law schools are telling lawyers at the world`s largest law firm to take a hike.

The reason for such pin-striped discord? Woefully inappropriate remarks by a big-shot partner at Chicago-based Baker & McKenzie during a recruitment interview with a third-year law student at the University of Chicago. The student is a black female.

The Law Student Association has called on university officials to suspend the firm from recruiting on campus for one year because of what it describes as "racist, sexist and anti-Semitic comments" during an interview with the student at the firm`s Chicago office.

"I don`t think there is any question but that the incident itself is a horrendous one," says Dean Geoffrey Stone. "It is completely beyond the bounds of appropriate behavior in an interview context or in any other civilized context."

Accounts of the interview are contained in an article by Lori Lightfoot, director of the student association, for the Phoenix, the law school`s newspaper. Neither Stone nor officials of the law firm dispute the account of an interview conducted by Harry O`Kane, a litigation partner with more than 20 years at the firm.

During the session, the student was asked how she was admitted to the law school, and the partner went on to "share his belief that the university loves to admit foreigners to the exclusion of qualified Americans," according to the account.

In discussing the practice of law, the partner asked how the student would react to being called "a black bitch" or a "nigger" by adversaries or colleagues.

While discussing outside activities, the student said her interests run to golf. O`Kane responded, "Why don`t blacks have their own country clubs?" He observed that Jews have their own country clubs and stated that he`d never want to belong to one, "but at least they had their own." He said that the reason blacks don`t have exclusive country clubs is "there aren`t too many golf courses in the ghetto."

"This is behavior that we do not excuse and we do not tolerate," said Robert Cox, chairman of the firm`s executive committee. "Baker & McKenzie finds this conduct inexcusable and not representative. We pride ourselves on being a multicultural law firm with 44 offices, 1,300 lawyers and 432 partners in 26 countries."

Cox, a refreshingly candid sort in the corporate law world, said he has written a letter of apology on the firm`s behalf and that O`Kane has written one, too.

On Monday, his partners discussed what, if any action, to take against O`Kane. Cox will meet with the university`s placement committee and some students Tuesday night.

The committee will make a recommendation to Stone, who promises a quick decision on whether to suspend the firm from recruitment.

Said Cox: "I do not believe Harry O`Kane is a racist. Harry thought he was conducting some sort of a stress test for a litigator; but we feel this very deeply-whatever his intention was, we find it to be totally

unacceptable."

https://nyti.ms/29ybfhp

THE LAW

# THE LAW; U. of Chicago Bars Recruiters of Top Firm Because of Slurs

Feb. 3, 1989



See the article in its original context from
February 3, 1989, Section B, Page 11    Buy Reprints

**VIEW ON TIMESMACHINE**

TimesMachine is an exclusive benefit for home delivery and digital subscribers.

## About the Archive

*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

The University of Chicago Law School yesterday barred the world's largest law firm from recruiting on campus for a year, a result of a student's complaint of racist, sexist and anti-Semitic slurs by a partner during a job interview.

Geoffrey R. Stone, the law school's dean, said the firm, Baker & McKenzie, would be invited back to the campus the following year after it tells the school in writing how it plans to deal with the incident.

Robert W. Cox, chairman of Baker & McKenzie's executive committee, said the firm considered the punishment just and was ''outraged'' by the incident. He said the partner, Harry O'Kane, had taken a voluntary leave of absence while the other members of the firm discuss whether action should be taken against him.

Baker & McKenzie and Mr. O'Kane issued written apologies to the student, Linda Golden, after she wrote them in January describing Mr. O'Kane's remarks. Neither the firm nor Mr. O'Kane disputed Ms. Golden's account in those apologies, although Mr. O'Kane said in an interview earlier this week with a reporter for The Maroon, the student newspaper, that his remarks had been taken out of context. The Comments That Offended

In an interview yesterday, Ms. Golden said Mr. O'Kane asked her last fall how she would respond if she were called a ''black bitch'' or a ''nigger'' by a legal adversary.

In discussing her activities, Ms. Golden said, she told Mr. O'Kane that she played golf, to which he responded, ''Why don't blacks have their own country clubs?''

''In the end,'' Ms. Golden said in her letter, ''Mr. O'Kane concluded that the reason blacks don't have country clubs is that there aren't too many golf courses in the ghetto.''

''He went on to observe,'' the letter said, ''that Jews have their own country clubs. He further stated that he would never want to belong to a Jewish country club, but at least they had their own.''

Ms. Golden said Mr. O'Kane also commented that the University of Chicago ''loves to admit foreigners, to the exclusion of qualified Americans.'' Baker & McKenzie is one of the world's leading international firms, with offices in 31 cities outside the United States. Partner's Explanation

Mr. Cox, Baker & McKenzie's chairman, said Mr. O'Kane, who has worked for the firm more than 20 years, had explained that he had been trying to determine how Ms. Golden would react as a litigator under duress in a courtroom.

''Whatever stress test Mr. O'Kane thought he was conducting on a potential litigator,'' Mr. Cox said, ''his tactics were inexcusable. I think there was indeed a lack of sensitivity, and we don't believe this is in any way representative conduct of members of this firm.''

Ms. Golden, who will join Gessler, Flynn, Laswell, Fleischmann, Hughes & Socol of Chicago after she graduates this spring, said she was pleased that the university had taken a strong position. ''All along,'' she said, ''I've hoped this would make people more sensitive to some of the types of discrimination that can go on.''

Mr. O'Kane, beyond contending that his remarks had been taken out of context, said in an interview this week that he had been impressed by Ms. Golden and had recommended that his firm offer her a position. It did not.

A version of this article appears in print on Feb. 3, 1989, Section B, Page 11 of the National edition with the headline: THE LAW; U. of Chicago Bars Recruiters of Top Firm Because of Slurs



75 A.B.A. J. 10 (1989)
Letters

# Letters

## FIGHTING WORDS AT BAKER?

The *Journal*'s article about the new affirmative action program at Baker & McKenzie ("Affirmative Reaction," June, page 20) omitted the fact that Harry O'Kane, a partner with the firm, highly recommended Ms. Golden, a black law student, for an associate's position.

Despite O'Kane's recommendation, Baker & McKenzie's hiring committee turned Ms. Golden down.

Harry O'Kane may be a scrappy, Chicago Irish trial lawyer like the firm's co-founder, Jack McKenzie, but my father is not a racist. Those who have practiced law with and against him in Chicago for the past 30 years know this. So do his family and friends.

MICHAEL O'KANE
Fort Lauderdale, Fla.

Mr. O'Kane is quoted as wondering why "blacks don't have their own country clubs like Jews do," and adding that he would never belong to a Jewish country club, but "at least they have their own."

The adoption of Baker & McKenzie's new employment program is commendable. However, I wonder



Linda Golden

how many Jewish applicants were denied employment by the firm.

NATHAN B. KAUFMAN
St. Louis

"Affirmative Reaction" illustrates the undue sensitivity surrounding the racial question in the United States today.

In a perfect world, no one would use such language as "black bitch" or "nigger" or think such thoughts. Nor would there be any need for lawyers.

In the meantime, it is entirely appropriate to ask a prospective lawyer how she would react if such filthy epithets were directed at her. Any lawyer who cannot disregard the many insults that come one's way in the pursuit of justice will be a poor advocate, indeed.

JOHN PAUL PARKS
Lakeland, Fla.

Somehow the racial and ethnic biases of the Baker & McKenzie partner should come as no surprise when one sees that even in its editing, the *ABA Journal* has not overcome sexist assumptions.

In "Why Business Lawyers Should Use Mediation" (June, page 73), the author used a masculine term or pronoun eight times within the course of four paragraphs when a gender-neutral usage would have sufficed.

CONNI BARKER
Roseville, Calif.

## BUMPY LANDINGS

"From Courtroom to Cockpit" (June, page 19) was most interesting. As the general aviation safety record continues to improve and the number of cases remains constant or declines slightly, product liability costs, including those for defense, settlements and astronomical jury verdicts, have spurred the industry to seek help through legislation. It does not seek limits on liability as the article reports.

Because this aviation industry is totally federally regulated—more so than any other—we are seeking uniform federal jurisdiction and substantive law to govern general aviation tort litigation. The House bill, H.R. 1307, introduced by Rep. Dan Glickman, D-Kan., is identical to the bill reported out last year by the House Public Works and Transportation Committee.

It does not limit attorney fees or cap any kind of damages in any way. It does have a statute of repose, in recognition that an airplane is a device that almost completely depends on its maintenance and operation for its safety.

Fairness through uniform, federal substantive law is the object of this bill and its companion bill in the Senate, S. 640.

STANLEY J. GREEN
General Aviation
Manufacturers Assoc.
Washington, D.C.

## DETECTING AN ERROR

What "lifestyle" is the *ABA Journal* promoting in its Lifestyle Products (June, page 101) when it includes information on radar detectors?

Speeding with impunity, violating traffic safety laws, endangering lives and property—these are the only lifestyle goals that radar detectors bring to mind. I would consider a paid advertisement for such devices in the *Journal* to be questionable, but featuring radar detectors in an editorial form in this self-styled "Lawyer's Magazine" is disgraceful.

ELENA LANGRILL
Office of the
Attorney General
State of Maryland
Baltimore

*Editor's Note:* We apologize for publication of this listing. It was an error in judgment that won't be repeated.

## HAPPY 1984

The liberal self-righteousness of June's Supreme Court Report ("Slouching Toward Orwell," page 44) was inappropriate.

Many criminal defense attor-

**TRIBUTE ARCHIVE** 

Sign In



BROUGHT TO YOU BY GLUECKERT FUNERAL HOME

## Harry J. O'Kane

January 11, 1928 - May 15, 2016

Recommend 0

**Share Obituary:**



| Tribute Wall | Obituary & Events |

## Obituary

Harry J. O'KaneOf Arlington HeightsHarry J. O'Kane was born on January 11, 1928 in Chicago, Illinois to Harry and Brigid (nee Devlin) O'Kane. He died Sunday, May 15, 2016.Harry was an esteemed Chicago trial lawyer for over 40 years with Baker McKenzie and Dowd Dowd Ltd. A veteran of the U.S. Navy, he proudly served on the Boards of St. Viator and St. James in Arlington Heights. He was a devoted husband of 60 years to Helen (nee Cunningham) and a loving father to his children.Harry is survived by his daughter, Nancy (James) Misch, daughter, Catherine Lyon, son, Michael O'Kane and son, James O'Kane; His granddaughter, Kristin (Patrick) Hoover, granddaughter, Laura (Jamie) Flores, grandson, Max O'Kane, granddaughter, Monica Misch, and grandson, Matthew Misch; His great grandson, Nolan Flores; His sister, Terry (the late Hal) WoodsHe was preceded in death by his wife Helen, parents, his son, Philip O'Kane and his sister, Peggy.Memorial gathering, Friday, May 20, 2016 from 9:30 am until time of Memorial Mass 10:30 am at Holy Family Catholic Church, 2515 W. Palatine Road, Inverness. Interment Private.In lieu of flowers memorials may be given to Holy Family Catholic Church. Funeral Information and condolences can be given at www.GlueckertFH.com or (847) 253-0168.

Share a memory                    Plant a tree

Case: 1:20-cv-00757 Document #: 13-3 Filed: 04/27/20 Page 9 of 9 PageID #:133

## Events

There are no events scheduled. You can still show your support by planting a tree in memory of Harry J. O'Kane.

Plant a tree

Share a memory     Plant a tree