<u>*STANG v. UNION FOR REFORM JUDAISM*</u>

# EXHIBIT A

# Mark Stang

| | |
|---|---|
| **From:** | Rubin, Lee H. <LRubin@mayerbrown.com> |
| **Sent:** | Wednesday, July 22, 2020 12:40 AM |
| **To:** | Mark Stang |
| **Cc:** | Joseph Mizrachi - Third Millennium Properties; Adam Mizrachi - Third Millennium Properties |
| **Subject:** | Re: Stang v. Union for Reform Judaism:   A CALL TO ARMS  --  Request  to Mayer Brown Law Firm  (Chicago Office) for Pro Bono Legal Assistance for Plaintiffs |

Hi Mark - as as I am sure you know from your large firm practice experience, we have a firm pro bono committee which vets any requests for pro bono assistance.  In addition, if a matter is likely to be newsworthy, the matter must be approved by the managing partner and chairman of the firm. I have passed along your request to the chair of the pro bono committee.  Thanks, Lee