*STANG v. UNION FOR REFORM JUDAISM*

# Group EXHIBIT B

THE UNIVERSITY OF CHICAGO

COMMITTEE ON SOCIAL THOUGHT

1126 EAST 59TH STREET

CHICAGO · ILLINOIS 60637

24 May 1976

Mr. Mark Allen Stang
5254 S. Dorchester Ave.
Chicago, Ill. 60615

Dear Mr. Stang:

    You're very enterprising and your proposals are amusing. I like to make myself useful to young writers but I wasn't meant for show business. I avoid it as I would leprosy. You may do with my image what you like but you cannot expect me to take part in readings of dramatizations.

    Good luck,

Sincerely yours,

*[signature: S Bellow]*

Saul Bellow

# Alan Alda

June 17, 1976

Dear Mr. Stang,

    I've passed your letter on to the producer since I'm not in a position to accept or reject ideas for the show. I'm not sure I think it's quite right for us, but I wish you luck with it - and with your other projects.

                     Sincerely,

                       *Alan Alda* (signature)



NEW YORK
BEVERLY HILLS
CHICAGO
NASHVILLE
LONDON
ROME
PARIS
MADRID
MUNICH

**WILLIAM MORRIS AGENCY, INC.**
435 NORTH MICHIGAN AVENUE • CHICAGO, ILLINOIS 60611 • (312) 467-1744

ESTABLISHED 1898

October 5, 1976

Mr. Mark Allen Stang
5254 S. Dorchester
Chicago, Illinois 60615

RE: "HOG BUTCHERS"

Dear Mr. Stang:

We are herewith returning your two (2) copies of "HOG BUTCHERS" together with a copy of the note Tony Ford sent to us, which is self-explanatory.

Also enclosed is your M*A*S*H characterization and storyline.

Sincerely,

WILLIAM MORRIS AGENCY, INC.

Sidney Epstein

/d
encl.