IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK STANG, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | No. 20 C 757 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| UNION FOR REFORM JUDAISM, | ) | |
| JONAH DOV PESNER, and | ) | |
| RICHARD "RICK" JACOBS, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

PLAINTIFF-APPELLANT'S NOTICE OF APPEAL
TO THE SEVENTH CIRCUIT COURT OF APPEALS

Plaintiff-Appellant, Mark Stang, hereby appeals to the **Seventh Circuit Court of Appeals** from the following orders entered on **August 18, 2020** by the Honorable United States District Judge Matthew J. Kennelly of the United States District Court for the Northern District of Illinois: (i) "Memorandum Opinion and Order" (Dkt. #20) (*inter alia* dismissing original complaint with prejudice, denying leave to file a first amended complaint with class action count, and entering judgment in favor of defendants and against plaintiffs), and (ii) "Judgment in a Civil Case" (Dkt. #21) in favor of defendants and against plaintiffs together with costs.

By⎯⎯⎯⎯s/ *Mark A. Stang*⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Attorney for Plaintiff-Appellant, *Pro Se*

Date: September 16, 2020

Mark A. Stang
Stang-Law Firm
584 Hyacinth Place
Highland Park, Illinois 60035
(847) 432-2073
mstang@stang-law.com

CERTIFICATE OF SERVICE

I, Mark A. Stang, an attorney, certify that I served the foregoing Notice of Appeal on Defendants-Appellees on September 16, 2020 by CM/ECF transmission to Mitchell Frazen, their attorney of record.

By_____*Mark A. Stang*_____