# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MARK STANG, | )<br>) |
| Plaintiff-Appellant, | )<br>) **DOCKETING STATEMENT** |
| v. | )<br>) |
| UNION FOR REFORM JUDAISM, JONAH DOV PESNER, and RICHARD "RICK" JACOBS, | ) Case No. _____<br>)<br>)<br>) |
| Defendants-Appellees. | ) |

## PLAINTIFF-APPELLANT'S DOCKETING STATEMENT

Plaintiff-Appellant, Mark Stang, hereby files this **Docketing Statement** with the **Seventh Circuit Court of Appeals:**

### I. JURISDICTION OF THE DISTRICT COURT

The United States District Court for the Northern District of Illinois, Eastern Division, **Case No. 20-cv-757** (Hon. Matthew J. Kennelly presiding) had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. §1332. Plaintiff-Appellant, Mark Stang, is a citizen of the State of Illinois. Defendants-Appellees Jonah Dov Pesner and Richard "Rick" Jacobs are, on information and belief, citizens of the State of New York and Defendant-Appellee Union for Reform Judaism is a not-for-profit corporation organized under the laws of the State of Ohio with its administrative headquarters in New York, New York. Plaintiff-Appellant, Mark Stang seeks from Defendants-Appellees an amount in excess of $75,000.

### II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from that certain final "Judgment in a Civil Case" (Dkt. #21) and attendant "Memorandum Opinion and Order" (Dkt. #20) of the United States District Court for the Northern District of Illinois, Eastern Division, both entered on August 18, 2020 by the Honorable Matthew F. Kennelly. The United States Court of Appeals for the Seventh Circuit has

jurisdiction to decide this case pursuant to 28 U.S.C. §§1291, 2106-2107 . The Notice of Appeal was filed with the District Court on September 16, 2020.

Dated at Highland Park, Illinois this 16th day of September, 2020.

By_____*/s/ Mark A. Stang*_____
Attorney, Plaintiff-Appellant, *Pro Se*

Mark A. Stang
Stang-Law Firm
584 Hyacinth Place
Highland Park, Illinois 60035
(847) 432-2073
mstang@stang-law.com

## **CERTIFICATE OF SERVICE**

I, Mark A. Stang, an attorney, certify that I served the foregoing Docketing Statement on Defendants-Appellees on September 16, 2020 by CM/ECF transmission to Mitchell Frazen, their attorney of record.

By_____*Mark A. Stang*_____